# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Best Buy Stores, L.P.,                                            10cv1630        (JNE/JSM)

                Plaintiff,

v.                                                               **ORDER FOR DISMISSAL**

Ultimate Acquisition
Partners, L.P., d/b/a Ultimate
Electronics,

                Defendant.

---

Pursuant to the Stipulation of Dismissal without Prejudice filed by the parties [#13],

**IT IS HEREBY ORDERED** that the above captioned matter is hereby dismissed, without

prejudice, with each party to bear its own costs and fees.

DATED: July 19, 2010

                                s/ Joan N. Ericksen
                                JOAN N. ERICKSEN,  Judge
                                United States District Court